**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Ralph Salinas,

Defendant.

Criminal No. 00-108(10) (DWF/AJB)

**REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE**

---

John Docherty, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Alan D. Margoles, Esq., Margoles & Margoles, counsel for Defendant.

---

On March 14, 2003, the above Defendant was placed on supervision for a period of four years supervised release. This Defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this Defendant be discharged from supervision.

**ORDER OF THE COURT**

Pursuant to the above report, it is **ORDERED** that the Defendant be discharged from supervision and that the proceeding in the case be terminated.

Dated: July 14, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court